11090836
$2.42

MORRIS L. HORWITZ
TRUSTEE
14 LAFAYETTE SQUARE
RAND BUILDING, SUITE 1440
BUFFALO, NY 14203

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Ste 250
Buffalo, NY 14202-2501



Re: LIVELY, ROSANNA
   LIVELY, STEPHEN    Case 08-11200-K

Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $2.42 . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  The Credit Bureau Inc.   Amount $ 2.42     Claims Register # 8

Claimant _____  Amount $_____  Claims Register #_____

Claimant _____  Amount $_____  Claims Register #_____

Claimant _____  Amount $_____  Claims Register #_____

Morris L. Horwitz, Trustee